# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David McNair

v.

Collin Pratt; Sergeant Cunningham; Sergeant Wyse; and Inspector Miller

Case No.
Hon.

TO: Sergeant Cunningham
ADDRESS: c/o Michigan Reformatory
1342 W. Main
Ionia, MI 48846

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Solomon M. Radner (P73653)
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
(866) 939-2656  ||  sradner@excololaw.com

CLERK OF COURT

By: Deputy Clerk          Date

## PROOF OF SERVICE

This summons for __Sergeant Cunningham__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David McNair

v.

Collin Pratt; Sergeant Cunningham; Sergeant Wyse; and Inspector Miller

Case No.
Hon.

TO: Inspector Miller
ADDRESS: c/o Michigan Reformatory
1342 W. Main
Ionia, MI 48846

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Solomon M. Radner (P73653)
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
(866) 939-2656  ||  sradner@excololaw.com

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

By: Deputy Clerk                                   Date

## PROOF OF SERVICE

This summons for ____Inspector Miller____ was received by me on _____.
(name of individual and title, if any)                                                    (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                                    _____
                                                          *Server's signature*

Additional information regarding attempted service, etc.:
                                                          _____
                                                          *Server's printed name and title*

                                                          _____
                                                          *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David McNair

v.

Collin Pratt; Sergeant Cunningham; Sergeant Wyse; and Inspector Miller

Case No.
Hon.

TO: Collin Pratt
ADDRESS: 358 Quarterline St
Portland, MI 48875

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Solomon M. Radner (P73653)
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
(866) 939-2656 || sradner@excololaw.com

CLERK OF COURT

_____
By: Deputy Clerk                       Date

## PROOF OF SERVICE

This summons for _____Collin Pratt_____ was received by me on _____.
(name of individual and title, if any)                                (date)

☐ I personally served the summons on the individual at _____
on _____.                                                    (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                            (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David McNair

v.

Collin Pratt; Sergeant Cunningham; Sergeant Wyse; and Inspector Miller

Case No.
Hon.

TO: Sergeant Wyse
ADDRESS: c/o Michigan Reformatory
1342 W. Main
Ionia, MI 48846

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Solomon M. Radner (P73653)
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
(866) 939-2656 || sradner@excololaw.com

CLERK OF COURT

_____
By: Deputy Clerk                  Date

## PROOF OF SERVICE

This summons for _____Sergeant Wyse_____ was received by me on _____.
(name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)            (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____
                                                _____
                                                Server's signature

Additional information regarding attempted service, etc.:
                                                _____
                                                Server's printed name and title

                                                _____
                                                Server's address