UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MCNAIR,

       Plaintiff,                   Case No. 1:20–cv–63

v.                                    Hon. Janet T. Neff and Magistrate Judge Ray Kent

COLLIN PRATT, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on January 27, 2020 .   The case has been assigned to Janet T. Neff and Magistrate Judge Ray Kent .

                                      CLERK OF COURT

Dated:  January 27, 2020        By:   /s/ J. Gerona_____
                                                  Deputy Clerk