UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID MCNAIR,

        Plaintiff,                Case No. 1:20-cv-63

v.                                      Honorable Janet T. Neff

COLLIN PRATT et al.,

        Defendants.
_____/

## ORDER FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants Cunningham, Wyse, and Miller be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).


Dated:  February 12, 2020                  /s/ Janet T. Neff
                                                  Janet T. Neff
                                                  United States District Judge