UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAVID MCNAIR #513007,

    Plaintiff,                    Case No. 1:20–cv–63

v.                                    Hon. Janet T. Neff

COLLIN PRATT,

    Defendant.
_____/

### ORDER STAYING PRISONER EARLY MEDIATION

    In light of the COVID–19 pandemic and <u>Administrative Order 20–MS–024</u>, issued March 23, 2020, the Court has determined that mediations under the Pro Se Prisoner Civil Rights Litigation – Early Mediation Program (PEM) must be stayed to protect the health of all involved. The Court will continue to monitor the situation and determine when this stay may safely be lifted. Accordingly,

    IT IS ORDERED that the PEM mediation is hereby stayed in this case pending further order of the Court.

    IT IS FURTHER ORDERED that the stay of proceedings previously entered in this case shall continue pending further order of the Court.

    IT IS SO ORDERED.

Dated:  March 25, 2020                <u>/s/ Phillip J. Green</u>
                                                PHILLIP J. GREEN
                                                U.S. Magistrate Judge