UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David McNair,

    *Plaintiff*,

v.

Collin Pratt,

    *Defendant*.

Case No. 1:20-cv-63

Hon. Janet T. Neff

## MOTION TO LIFT STAY

NOW COMES Plaintiff, David McNair, by and through counsel, Excolo Law, PLLC, and files this motion requesting this Court lift the Stay and allow the case to proceed.

1. Plaintiff filed the instant lawsuit on January 27, 2020 after he was assaulted by a prison officer. (ECF # 1).

2. On February 12, 2020, this Court dismissed the supervisory Defendants. (ECF # 3; ECF # 4).

3. The next day, on February 13, 2020, this Court entered an Order to stay the case and referred it to pro se prisoner early mediation program. (ECF # 5).

4. On March 25, 2020, this Court stayed the pro se prisoner early mediation program in light of the Covid-19 pandemic. (ECF # 6).

5. Plaintiff is not pro se, he is represented by counsel. Plaintiff respectfully requests this Court lift the stay and allow the case to proceed without participation in the pro se prisoner early mediation program.

WHEREFORE, Plaintiff respectfully requests this Court grant his motion and lift the stay in this case.

Dated: September 14, 2020

Respectfully Submitted,

*/s/ Solomon M. Radner*
Solomon M. Radner
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
(248) 291-9712
sradner@excololaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby affirm that on this 14th day of September 2020, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service.

*/s/ Solomon M. Radner*