UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVID MCNAIR #513007,

    Plaintiff,

v.

COLLIN PRATT,

    Defendant.
_____/

Case No. 1:20-cv-00063

Hon. Janet T. Neff

**ORDER**

Plaintiff David McNair #513007 filed a motion seeking exclusion from the Prisoner Civil Rights Litigation Early Mediation Program (ECF No. 7). The motion is granted, and the case shall be removed from the Program.

IT IS SO ORDERED.

Dated: September 16, 2020

/s/ Phillip J. Green\
PHILLIP J. GREEN\
U.S. Magistrate Judge