AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

David McNair

v.

Collin Pratt; Sergeant Cunningham; Sergeant Wyse; and Inspector Miller

Case No. 1:20-cv-063
Hon. Janet T. Neff

TO: Collin Pratt
ADDRESS: 358 Quarterline St
Portland, MI 48875

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Solomon M. Radner (P73653)
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
(866) 939-2656 || sradner@excololaw.com

CLERK OF COURT

/s/ K. Wright             9/23/20
By: Deputy Clerk          Date

## PROOF OF SERVICE

This summons for **Collin Pratt** (name of individual and title, if any) was received by me on **9/23/2020** (date)

☑ I personally served the summons on the individual at **358 Quarterline St., Portland, MI 48875** (place where served) on **10/18/2020 at 6pm** (date)

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: **10/18/2020**

Additional information regarding attempted service, etc.:
Mr. Pratt no longer lives @ above address. He was dropping kids off to wife at the home. I served him prior to him leaving the residence.

Wendy S [illegible]
Server's Signature

Wendy S [illegible], process server
Server's printed name and title

Excolo Law, PLLC
Server's address
26700 Lahser Rd., Suite 301
Southfield, MI 48033
(866) 939-2656