# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

DAVID MCNAIR,

    *Plaintiff,*                                     Case No. 1:20-cv-00063

v.                                                             Hon. Janet T. Neff

COLLIN PRATT, et al.

    *Defendants.*

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

NOW COMES Solomon M. Radner, counsel for Plaintiff, DAVID MCNAIR, and respectfully move this Court for leave to withdraw as counsel for the following reasons:

1. Undersigned was retained as counsel for Plaintiff, while undersigned was a partner of Excolo Law, PLLC.

2. In October 2020, undersigned resigned from Excolo Law and on November 2, 2020, began working at Johnson Law, PLC.

3. As an employee of Johnson Law, PLC, undersigned counsel is unable to continue representing Plaintiff in this matter.

4. Upon undersigned's belief and understanding, Attorney Keith Altman will be entering an appearance on behalf of Plaintiff forthwith.

1

5. Plaintiff has been advised of this development.

WHEREFORE, Undersigned respectfully requests this Honorable Court grant this Motion to Withdraw as Counsel, and any other relief the Court deems proper.

                                            Respectfully submitted,

                                            JOHNSON LAW, PLC

Dated: February 4, 2021              By: */s/ Solomon M. Radner*
                                            Solomon M. Radner (P73653)
                                            Attorney for Plaintiff
                                            535 Griswold, Suite 2632
                                            Detroit, MI 48226
                                            (313) 324-8300
                                            sradner@venjohnsonlaw.com

## CERTIFICATE OF SERVICE

Undersigned hereby affirms that on February 4, 2021, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF electronic filing system, and has mailed a copy to Plaintiff at:

        David McNair, #513007
        Saginaw Correctional Facility
        9625 Pierce Road
        Freeland, MI 48623

        */s/ Solomon M. Radner*