# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

DAVID McNAIR,

        *Plaintiff*,                    Case No.: 1:20-cv-00063-JTN-RSK
                                                Hon.: Janet T. Neff
                                                Magistrate Judge: Ray Kent

v.

COLLIN PRATT; SERGEANT CUNNINGHAM;
SERGEANT WYSE;
and INSPECTOR MILLER,

        *Defendants*.

_____/

| | |
|---|---|
| Solomon M. Radner (P73653) | Matthew T. Tompkins (P62665) |
| Attorney for Plaintiff | Attorney for Defendant Pratt |
| 26700 Lahser Road, Suite 401 | Straub, Seaman & Allen, P.C. |
| Southfield, MI 48033 | 2810 East Beltline Lane NE |
| (866) 939-2656 | Grand Rapids, MI 49525 |
| sradner@excololaw.com | (616) 530 – 6555 |
| | mtompkins@lawssa.com |

_____/

## **PROOF OF SERVICE**

      The undersigned certifies that a copy of Defendant Pratt's Request to Admit and Request for Production of Documents to Solomon R. Radner at his business address, with postage prepaid and by depositing said envelope in a U.S. Post Office mail box in Grand Rapids, Michigan on March 29, 2021 as well as by e-mail.

*/s/Erin G. O'Rourke*
Assistant to Matthew T. Tompkins
Dated: March 29, 2021

## **STRAUB, SEAMAN & ALLEN, P.C.**

1014 MAIN ST., ST. JOSEPH, MI 49085  269.982.1600
2810 EAST BELTLINE LANE NE, GRAND RAPIDS, MI 49525  616.530.6555
