UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MCNAIR #513007,

    Plaintiff,

v.

COLLIN PRATT,

    Defendant.
_____/

Case No. 1:20–cv–63

Hon. Janet T. Neff

## ORDER

The Court GRANTS Attorney Radner's motion to withdraw (ECF No. 13).

IT IS SO ORDERED.

Dated:  March 31, 2021

   /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge