UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MCNAIR #513007,

       Plaintiff,               Case No. 1:20–cv–63

  v.                       Hon. Janet T. Neff

COLLIN PRATT,

       Defendant.

_____/

## **ORDER**

     The Court hereby VACATES the Case Management Order entered December 28, 2020 (ECF No. 12).

     IT IS SO ORDERED.

Dated:  April 1, 2021                 /s/ Ray Kent_____
                               RAY KENT
                               U.S. Magistrate Judge