UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David McNair,

    Plaintiff,                                   Case No. 1:20-cv-63

v.                                                      Hon. Janet T. Neff

Collin Pratt,

    Defendant.

_____

**MOTION TO ADJOURN RULE 16 CONFERENCE**

NOW COMES Plaintiff, David McNair, by and through undersigned counsel, and files this MOTION TO ADJOURN RULE 16 CONFERENCE and says:

1. The Rule 16 conference is presently set for May 7, 2021
2. Undersigned counsel is scheduled for two hearings that day, which conflict with the conference. These hearings will take the majority of the day.
3. I have conferred with opposing counsel, who does not object to the above requests and suggests May 21 for the rescheduled conference.

WHEREFORE, counsel respectfully requests that this court reset the Rule 16 conference to a different date and time.

Respectfully submitted,

/s/ Keith Altman
Keith L. Altman (P81702)
Attorney for Plaintiff
The Law Office of Keith Altman
33228 W 12 Mile Road, Suite 375
Farmington Hills, MI 48331
516-456-5885
kaltman@lawampmmt.com

## CERTIFICATE OF SERVICE

I hereby certify that on **May 4, 2021**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing as well as via US Mail to all non-ECF participants.

/s/ Keith Altman
Keith L. Altman
Attorney for Plaintiff