UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MCNAIR #513007,

       Plaintiff,                      Case No. 1:20–cv–63

v.                                  Hon. Janet T. Neff

COLLIN PRATT,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

Type of hearing(s):   Telephone Sched Conf (R16)
Date/Time:   May 21, 2021   10:00 AM
*(previously set for 5/7/2021 at 11:00 AM)*
Magistrate Judge:   Ray Kent
Place/Location:

                                  RAY KENT
                                  U.S. Magistrate Judge

Dated:  May 4, 2021       By:   /s/ Faith Hunter Webb
                                          Judicial Assistant