UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MCNAIR #513007,

       Plaintiff,                      Case No. 1:20–cv–63

v.                                Hon. Janet T. Neff

COLLIN PRATT,

       Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

      The Rule 16 Scheduldung Conference set in this matter for **May 21, 2021, at 10:00 AM** is hereby **adjourned without date pending further order of the court.**

                                          U.S. Magistrate Judge

Dated:  May 21, 2021        By:   /s/ Faith Hunter Webb
                                            Judicial Assistant