UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MCNAIR #513007,

       Plaintiff,                 Case No. 1:20–cv–63

v.                               Hon. Janet T. Neff

COLLIN PRATT,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Scheduling Conference
Date/Time:           June 3, 2021   11:00 AM
Magistrate Judge:    Ray Kent
Place/Location:      by telephone

*Plaintiff's counsel shall initiate the conference call. Judge Kent's chambers can be reached at (616) 456–2568.*

                                         RAY KENT
                                         U.S. Magistrate Judge

Dated:  May 26, 2021        By:    /s/ Faith Hunter Webb
                                           Judicial Assistant