UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID McNAIR #513007,

      Plaintiff,                         Case No. 1:20-cv-63

v.                                                Hon. Janet T. Neff

COLLIN PRATT,

      Defendant.

_____/

**ORDER STAYING CASE**

As discussed with the parties at the time set for a Rule 16 Scheduling conference this date, the case is hereby **STAYED** for a period of 90 days while defendant seeks defense and indemnification from the State of Michigan.

The Rule 16 Scheduling Conference is **rescheduled to September 7, 2021, at 11:00 a.m.** by telephone.  Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

Dated:  June 3, 2021                            /s/ Ray Kent
                                                         RAY KENT
                                                         United States Magistrate Judge