UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case No: 1:20-cv-00063-JTN-RSK | | | |
|---|---|---|---|
| Caption:   McNair #513007 v. Pratt et al | | | |
| **Date:** June 3, 2021 | **Time:** 11:00-11:12 a.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Keith L. Altman | David McNair #513007 |
| **DEFENDANT:** | Matthew T. Tompkins | Collin Pratt |

**PROCEEDINGS**

NATURE OF HEARING:

Date and time scheduled for Rule 16 Scheduling Conference held by telephone; order staying case and rescheduling Rule 16 Scheduling Conference to issue.

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter