UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MCNAIR #513007,

       Plaintiff,                            Case No. 1:20–cv–63

v.                                     Hon. Janet T. Neff

COLLIN PRATT,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

Type of hearing(s):   Telephone Sched Conf (R16)
Date/Time:   September 8, 2021   11:00 AM
*(previously set for 9/7/2021 at 11:00 AM)*
Magistrate Judge:   Ray Kent
Place/Location:

                                               RAY KENT
                                               U.S. Magistrate Judge

Dated:   July 27, 2021        By:    /s/ Faith Hunter Webb
                                                     Judicial Assistant