UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID McNAIR,

      Plaintiff,                                  Case No. 1:20-cv-63

v.                                             Hon. Janet T. Neff

COLLIN PRATT,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

Plaintiff's counsel has filed a motion requesting an emergency continuance of the case due to serious medical issues (ECF No. 28). Counsel has advised the Court that "[i]t is uncertain at this time when the undersigned will be able to return to the law office." Counsel has also advised that he is unable to function as an attorney in this lawsuit because he "cannot attend conferences, hearings, and trials, and is presently unable to comply with discovery matters and other litigation deadlines." Upon due consideration, the motion is **GRANTED** and the case is **stayed** and shall be **administratively closed** pending counsel's notification to the Court that he is ready to proceed with the case.

      **IT IS SO ORDERED.**

Dated: August 5, 2021                    /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge