UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID McNAIR #513007,

    Plaintiff,                            Case No. 1:20-cv-63

v.                                             Hon. Janet T. Neff

COLLIN PRATT,

    Defendant.
_____/

**ORDER REOPENING CASE**

On August 5, 2021, this case was administratively closed pursuant to plaintiff's counsel's emergency medical issues (ECF No. 29). As directed by the Court, counsel has notified the Court that he is ready to proceed with the case. Therefore, the Clerk's office shall reopen the case, and a Rule 16 Conference will be scheduled by separate order.

**IT IS SO ORDERED.**

Dated: April 7, 2022                /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge