UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:20-cv-00063-JTN-RSK | |
| **Caption:** McNair #513007 v. Pratt et al | |

| **Date:** May 10, 2022 | **Time:** 10:00 - 10:18 a.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Solomon M. Radner | David McNair #513007 |
| **DEFENDANT:** | Matthew T. Tompkins | Collin Pratt |

## PROCEEDINGS

**NATURE OF HEARING:**

**RULE 16 Scheduling Conference held by telephone.**

**Case Management Order to issue.**

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter