UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

David McNair,
    *Plaintiff*,

Case No. 1:20-cv-63

v.

Hon. Janet T. Neff

Collin Pratt.
    *Defendant*.

## PLAINTIFF'S RULE 26(2)(1) INITIAL DISCLOSURES

NOW COMES Plaintiff, David McNair, by and through counsel, Altman Law, PLLC, and Solomon Radner, and hereby disclosures the following disclosures:

1. Currently Known Witnesses:

   a. Plaintiff David McNair, c/o counsel

   b. Defendant Colin Pratt, c/o counsel

   c. MDOC employees, contractors, and other witnesses, including:

      i. Sgt Cunningham

      ii. Sgt Wyse

      iii. Inspector Miller

      iv. Gregory Skipper

      v. Heidi Washington

      vi. Assistant Deputy Director Rapelje

      vii. Deputy Director McKee

1

        viii. Kathy Warner

        ix. Stephen Marschke

        x. Jose Herrara

        xi. Lieutenant Henry

        xii. Jamie Hauck

        xiii. Andrew Higgins

        xiv. Jacob Clark

        xv. Daniel Sprague

d. Julie Wax, location unknown

e. Taylor Pratt, location unknown

f. MDOC inmate Dana Miller

g. Taylor Pratt

h. Haylie Edwards

i. Melissa *Unknown Last Name*, Defendant's mother

j. Julie Wax

k. Any and all medical treaters of Plaintiff

l. Any and all witnesses learned through the course of discovery

2. Currently known Documents

    a. All pertinent grievances, medical records, and internal notes and memoranda related to this action

    b. All emails, memoranda, and other documentation created and maintained by any MDOC personnel or investigators

    c. All documents and records related to all investigations done by MDOC, Internal Affairs, or any other governmental or non-governmental agencies into Mr. Pratt, Mr. McNair, or the claims related to this action

3. Damages Claimed:

    a. Compensatory damages for pain, suffering, humiliation, physical pain, emotional pain, psychological pain, and any other recoverable damages

    b. Punitive damages

    c. Attorney fees and costs

4. Insurance Agreement

    a. Plaintiff believes the MDOC and/or the State of Michigan are responsible for both representation and indemnification of Mr. Pratt.

                                          Respectfully Submitted,

                                          */s/ Solomon M. Radner*
                                          Solomon M. Radner (P73653)
                                          Of-Counsel to Altman Law PLLC
                                          *Attorney for Plaintiff*
                                          17515 W. 9 Mile Road, Ste 1050
                                          Southfield, MI 48075
                                          T: 877-723-6375
                                          F: 866-571-1020
                                          Solomonradner@kaltmanlaw.com
                                          Solomon@RadnerLawGroup.com

Dated: July 1, 2022

4

## **CERTIFICATE OF SERVICE**

I hereby affirm that on this 1st day of July 2022, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service.

*/s/ Solomon M. Radner*