UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID McNAIR,

    *Plaintiff*,

v.

COLLIN PRATT; ~~SERGEANT CUNNINGHAM;~~
~~SERGEANT WYSE;~~
~~and~~ ~~INSPECTOR MILLER~~,

    *Defendants*.

Case No.: 1:20-cv-00063-JTN-RSK
Hon.: Janet T. Neff

---

| | |
|---|---|
| Solomon M. Radner (P73653) | Matthew T. Tompkins (P62665) |
| Attorney for Plaintiff | Attorney for Defendant Pratt |
| 26700 Lahser Road, Suite 401 | Straub, Seaman & Allen, P.C. |
| Southfield, MI 48033 | 2810 East Beltline Lane NE |
| (866) 939-2656 | Grand Rapids, MI 49525 |
| sradner@excololaw.com | (616) 530 - 6555 |
| | mtompkins@lawssa.com |

---

**DEFENDANT'S EXPERT WITNESS LIST**

    NOW COMES Defendant, COLLIN PRATT, by and through his attorneys STRAUB, SEAMAN & ALLEN, P.C., and for its list of potential expert witnesses states as follows:

    a.    Dr. Michael Grof (neurology expert)
           2450 44th Street
           Kentwood, MI 49508

    b.    Dr. Brian Kirschner, MD (neurology and neurophysiology expert)
           Millennium Medical -Triatria Building
           32255 Northwestern Hwy.
           Suite 40
           Farmington Hills, MI  48334

    c.    Dr. Steven H. Putnam (neuropsychology expert)
           900 Victors Way, Ste. 115
           Ann Arbor, MI 48108

**STRAUB, SEAMAN & ALLEN, P.C.**

    d.        Dr. Jacobus Donders (neuropsychology expert)
                350 Lafayette SE, Ste. 200
                Grand Rapids, MI 49503

    e.        Dr. Jennifer Huffman, PhD (neuropsychology expert)
                Huffman Psychology, PLLC
                4572 S Hagadorn Rd, Suite 2G
                East Lansing, MI 48823-5385

    f.         Dr. Casey Bartman, M.D. (Orthopedic and Spine Surgery Expert)
                P.O. Box 250
                Richland, MI 49083

    g.        Dr. Randolph Russo (physical medicine and rehabilitation expert)
                1111 Leffingwell NE
                Grand Rapids, MI 49525

    h.        Dr. Shelley Freimark, MD (physical medicine and rehabilitation expert)
                3299 N Wellness Dr.
                Holland, MI 49424

    i.         Dr. Steve Klafeta (neurosurgery expert)
                Mercy Health St. Mary's
                245 Cherry Street SE
                Grand Rapids, MI 49503

    j.         Joseph M. Lothschutz, CPA, CFF (economic damages expert)
                Walworth & Nayh, P.C.
                3033 Orchard Vista Drive, S.E., Suite 306
                Grand Rapids, MI  49546

These witnesses are anticipated to offer opinion testimony in their respective fields of expertise. To date, given that it is not clear what injuries are being claimed, none of these potential experts have been formally engaged nor have any of them formulated any opinions.

Defendant reserves the right to supplement this expert witness list pending the completion of discovery.

**STRAUB, SEAMAN & ALLEN, P.C.**

1014 MAIN ST., ST. JOSEPH, MI 49085  269.982.1600
2810 EAST BELTLINE LANE NE, GRAND RAPIDS, MI 49525  616.530.6555

                                        Respectfully submitted,

                                        STRAUB, SEAMAN & ALLEN, P.C.

                                        */s/ Matthew T. Tompkins*
                                        Matthew T. Tompkins (P62665)
                                        Attorney for Defendant Pratt
                                        2810 East Beltline Lane NE
Dated: September 1, 2022               Grand Rapids MI 49525