UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David McNair,

  *Plaintiff*,           Case No. 1:20-cv-63

v.                Hon. Janet T. Neff

Collin Pratt,

  *Defendant*.

---

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER, ECF #34**

NOW COME THE PARTIES by and through their respective counsel and respectfully request that this Court GRANT their joint motion to modify the CMO as follows:

  Discovery cutoff: March 3, 2023 (currently Dec 8, 2022)

  Witness Lists to be filed by: March 3, 2023 (currently no date ordered)

  Dispositive Motions: April 7, 2023 (currently January 9, 2023)

  WHEREFORE, the parties respectfully request this Court GRANT this motion.

Respectfully Submitted,

*/s/ Solomon M. Radner*        */s/ Matthew T. Tompkins*
Solomon M. Radner          Matthew T. Tompkins
Counsel for Plaintiff           Counsel for Defendant Pratt

Dated: Dec. 16, 2022

## CERTIFICATE OF SERVICE

I hereby affirm that on this 16th day of Dec. 2022 that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service.

*/s/ Solomon M. Radner*