UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David McNair,

    *Plaintiff*,

v.

Collin Pratt,

    *Defendant*.

Case No. 1:20-cv-63

Hon. Janet T. Neff

## [proposed] ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER, ECF #34

This matter having come before the Court on the Parties' joint motion to modify CMO, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED THAT**:

Discovery cutoff: March 3, 2023 (currently Dec 8, 2022)

Witness Lists to be filed by: March 3, 2023 (currently no date ordered)

Dispositive Motions: April 7, 2023 (currently January 9, 2023)

_____
Hon. Janet T. Neff

Dated: _____