UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David McNair,

    *Plaintiff*,  Case No. 1:20-cv-63

v.  Hon. Janet T. Neff

Collin Pratt,

    *Defendant*.

## ORDER GRANTING JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER, ECF #34

This matter having come before the Court on the Parties' joint motion to modify CMO, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED THAT**:

Discovery cutoff: March 3, 2023 (currently Dec 8, 2022)

Witness Lists to be filed by: March 3, 2023 (currently no date ordered)

Dispositive Motions: April 7, 2023 (currently January 9, 2023)

                                                      /s/ Ray Kent
                                                  U.S. Magistrate Judge

Dated:   12/19/2022