UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David McNair,

    *Plaintiff*,                       Case No. 1:20-cv-63

v.                                        Hon. Janet T. Neff

Collin Pratt,

    *Defendant*.

## SECOND JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER, ECF #34

NOW COME THE PARTIES by and through their respective counsel and respectfully request that this Court GRANT their second joint motion to modify the CMO as follows:

Discovery cutoff: June 1, 2023 (currently March 3, 2023)

Witness Lists to be filed by: June 1, 2023 (currently March 3, 2023)

Dispositive Motions: July 6, 2023 (currently April 7, 2023)

WHEREFORE, the parties respectfully requests this Court GRANT this motion.

Respectfully Submitted,

*/s/ Solomon M. Radner*                         */s/ Matthew T. Tompkins*
Solomon M. Radner                            Matthew T. Tompkins
Counsel for Plaintiff                              Counsel for Defendant Pratt

Dated: February_____, 2023

## CERTIFICATE OF SERVICE

I hereby affirm that on this _____ day of _____. 2023 that the foregoing document was filed with the Court's CM/ECF electronic filing system, and that a copy of said document was served upon all parties of record, via electronic service.

*/s/ Matthew T. Tompkins*