UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID McNAIR,

    Plaintiff,                                     Case No. 1:20-cv-63

v.                                                 Hon. Janet T. Neff

COLLIN PRATT,

    Defendant.
_____/

**ORDER GRANTING SECOND JOINT MOTION
TO MODIFY CASE MANAGEMENT ORDER**

This matter having come before the Court on the parties' Second Joint Motion to Modify Case Management Order (ECF No. 40), the motion is **GRANTED** and the following deadlines are amended as set forth below:

The current discovery cutoff date is extended to **June 1, 2023;**

Witness lists shall be filed by **June 1, 2023;**

Dispositive motions shall be filed by **July 6, 2023.**

No further extensions will be granted.

**IT IS SO ORDERED.**

Dated:  February 28, 2023            /s/ Ray Kent
                                                         RAY KENT
                                                         United States Magistrate Judge