UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MCNAIR #513007,

       Plaintiff,                       Case No. 1:20–cv–63

v.                                   Hon. Janet T. Neff

COLLIN PRATT,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

Type of hearing(s):    Settlement Conference
Date/Time:    January 4, 2024   01:30 PM
                *(previously set for 6/21/2023 at 1:30 PM)*
Magistrate Judge:    Ray Kent
Place/Location:    584 Federal Building, Grand Rapids, MI

*The parties' confidential settlement letters are due December 29, 2023.*

                                                     RAY KENT
                                                     U.S. Magistrate Judge

Dated:  May 17, 2023        By:    /s/ Faith Hunter Webb
                                            Judicial Assistant