UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID McNAIR #513007,

       Plaintiff,                      Case No. 1:20-cv-63

v.                                          Hon. Paul L. Maloney

COLLIN PRATT,

       Defendant.
_____/

**ORDER STAYING
AND ADMINISTRATIVELY CLOSING CASE**

       Collin Pratt, the sole remaining defendant in this case, has filed an interlocutory appeal addressing plaintiff's claims. *See McNair v. Pratt,* No. 24-1362 (6th Cir.). This case cannot proceed to trial until the appeal is resolved. Accordingly, this case is **STAYED** and **ADMINISTRATIVELY CLOSED** until the interlocutory appeal is resolved.

       **IT IS SO ORDERED.**

Dated:  December 31, 2024                /s/ Ray Kent
                                                     RAY KENT
                                                     United States Magistrate Judge