UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MCNAIR #513007,

    Plaintiff,

v.

    Case No. 1:20-cv-63

COLLIN PRATT, et al.,

    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: December 4, 2025

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge